# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2013

146966 & (21)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

STEVEN J. ROACH, III,
           Plaintiff-Appellant,

v

                                     SC: 146966
                                     COA: 313255
GMAC MORTGAGE, L.L.C.,                  Oakland CC: 2012-127262-CH
           Defendant-Appellee.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 28, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2013                                                   _____

t0423                                                      Clerk